UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KRISTINA MIDDLETON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROSMILE HOLDINGS, LLC,<br><br>Defendant. | Case No. 3:24-cv-00533-RK-TJB |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT**

**Pursuant to Rule 23 of the Federal Rules of Civil Procedure**, Plaintiff Kristina Middleton, individually and on behalf of all others similarly situated, hereby moves this Court for final approval of a proposed class action settlement. The Court granted preliminary approval of the Settlement on May 28, 2025, and directed that notice be sent to Settlement Class Members. *See* ECF No. 31. Now, Plaintiff requests that the Court enter an Order (1) finally certifying the Settlement Class for settlement purposes; (2) granting final approval of the Settlement; (3) finding that Notice has been conducted in accordance with the Court-approved notice plan and due process; (4) granting Plaintiff's Motion for Attorneys' Fees, Costs, Expenses, and Service Awards; and (5) dismissing with prejudice Plaintiff's and Settlement Class Members' claims against Defendant relating to the Data Breach. In support thereof, Plaintiff relies upon the accompanying Memorandum in Support of Motion for Final Approval of Class Action Settlement; the Supplemental Declaration of Meagan Brunner; the records, pleadings, and papers filed in this

action; and such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: September 12, 2025                                  Respectfully submitted,

                                                                   By: */s/ Kevin Laukaitis*
                                                                   LAUKAITIS LAW LLC
                                                                   Kevin Laukaitis (NJ ID 155742022)
                                                                   954 Avenida Ponce De Leon
                                                                   Suite 205, #10518
                                                                   San Juan, PR 00907
                                                                   T: (215) 789-4462
                                                                   klaukaitis@laukaitislaw.com